**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: CASE NO. 25-11201-PDR

NORMA ALICIA NAVEROS, Chapter 13

Debtor.
____________________________/

**CHAPTER 13 TRUSTEE'S MOTION TO MODIFY PLAN TO INCREASE PLAN BASE AND CERTIFICATE OF SERVICE**

COMES NOW Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, moves this Honorable Court for an Order Granting the Motion to Modify Plan to Increase the Plan Base by $6,346.52, and in support, the Trustee states as follows:

1. On August 18, 2025, the Court entered an Order Confirming First Amended Plan ("Confirmed Plan") [ECF Nos. 34 & 28].

2. The Debtor's confirmed plan provides that the Debtor is to provide the Trustee with the federal tax returns on or before May 15 for each year the case is pending.

3. Throughout the life of the plan, the Debtor has made a larger monthly payment than the amount required under the Confirmed Plan resulting in an overpayment of $6,346.52.

4. It is the Trustee's position that the overpayments made by the Debtor represent the Debtor's disposable income and therefore the plan base should be increased by the amount of the overpayment, to wit: $6,346.52.

5. Accordingly, the Trustee requests the plan base be increased by a total of $6,346.52 to account for the disposable income of the Debtor.

**WHEREFORE**, for the above stated reasons, the Trustee respectfully requests that this Honorable Court grant the Motion to Modify to Increase the Plan Base by $6,346.52 for a total

new plan base of $14,768.54 and granting such other and further relief as deemed just and proper.

NANCY K. NEIDICH,

Standing Chapter 13 Trustee

By: */s/Gianny Blanco*
Gianny Blanco, Esq.
Staff Attorney
(954) 443-4402
Florida Bar No. 0078080
P.O. BOX 279806
MIRAMAR, FL 33027